FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

Yang & Wang, P.C.
Tommy SF Wang SBN: 272409
Andrew J. Wei SBN: 293787
355 S. Grand Ave., Ste. #2450
Los Angeles, CA 90071
Telephone: (888) 827-8880
Fax: (888) 827-8880
Email: twang@yangwanglaw.com; awei@yangwanglaw.com

Attorneys for Plaintiff
JAT Wheels, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAT Wheels, Inc., a California Corporation d/b/a/ STR Racing,<br>Plaintiff,<br><br>vs.<br><br>SPEC-1 RACING WHEELS INC, a Florida Corporation; and DOES 1-10, collectively,<br>Defendant. | Case No: CV14-4897 DMG MANt<br><br>**COMPLAINT FOR:**<br>1. **FEDERAL TRADEMARK INFRINGEMENT AND TRADEMARK COUNTERFEITING;**<br>2. **FALSE DESIGNATION OF ORIGIN [15 U.S.C. §1125(a)/Lanham Act §43(a)].**<br>3. **FEDERAL TRADEMARK DILUTION [15 U.S.C. §1125(c)];**<br>4. **FEDERAL COPYRIGHT INFRINGEMENT [17 U.S.C. 106];**<br>5. **PATENT INFRINGEMENT [35 U.S.C. 271];**<br>6. **FEDERAL UNFAIR COMPETITION [15 U.S.C. §1125(a)];**<br>7. **CALIFORNIA COMMON LAW UNFAIR COMPETITION; and**<br>8. **CALIFORNIA UNFAIR COMPETITION (CALIFORNIA BUSINESS & PROFESSIONS CODES §17200, *et seq.*]**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, JAT WHEELS, Inc. a California Corporation, dba STR Racing (hereinafter "Plaintiff"), hereby files this Complaint against Defendant JNC WHEEL COLLECTION (hereinafter "Defendant"), and DOES 1 to 10, and alleges as follows:

## INTRODUCTION

1. Plaintiff files this action to combat the willful sale of unlicensed and counterfeit products (hereinafter "Infringing Products") bearing the Plaintiff's exclusive Trademark and utilizing the Plaintiff's exclusive design patents, and unauthorized use of Plaintiff's copyrighted photographs.  The Defendant is a corporation specializing in the research, manufacture and sales of aftermarket automobile wheels.

2. Plaintiff seeks a Permanent Injunction, damages, costs, and attorneys' fees as authorized by the Lanham Act, the patent laws of the United States, Title 35, United States Code, California's common law, and California Business & Professions Code.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (action arising under an Act of Congress relating to patents or trademarks).

4. On information and belief, Defendants are subject to personal jurisdiction in the Central District of California (the "District"), consistent with the principles of due process and the California Long Arm Statute, because Defendants offer their products for sale in this District, have transacted business in this District, have committed and/or induced acts of patent infringement in this District, and/or have placed infringing products into

the stream of commerce through established distribution channels with the expectation that such products will be purchased by residents of this District.

5. Further, this Court has jurisdiction over Plaintiff's California state statutory and common law claims pursuant to 28 U.S.C. § 1367.

6. Supplemental jurisdiction exists over Defendant because on information and belief, Defendant conducts business in California and in this judicial district, has purposefully availed itself to California and in this judicial district, or has otherwise availed itself of the privileges and protections of the law of the State of California, such that this Court's assertion of jurisdiction over Defendant does not offend traditional notions of fair play and due process.

7. Venue is proper within the Central District of California pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because on information and belief, a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, and has caused damages to Plaintiff in this district.

### THE PARTIES

8. Plaintiff, JAT WHEELS, INC., dba STR Racing, is a California corporation duly organized and existing under the laws of the State of California, and whose office is located at address 2107-D W. Commonwealth Ave. #392, Alhambra, California 91803.

9. Upon information and belief, Defendant, SPEC-1 RACING WHEELS, INC (hereinafter "Defendant"), is, and at all times mentioned herein was, a corporation organized and existing under the laws of the State of

Florida, having its principal place of business at 8419 Sunstate St.,
Tampa, FL 33634.

10. The true names and capacities, whether individual, corporate, associate or
otherwise, of Defendants herein named DOES 1-10, inclusive are
unknown to Plaintiff.  Plaintiff therefore sues said Defendants by such
fictitious names. When the true names and capacities of said Defendants
have been ascertained, Plaintiff will amend this pleading accordingly.

11. Plaintiff further alleges that Defendant and DOES 1-10, inclusive sued
herein by fictitious names are jointly, severally and concurrently liable
and responsible with the named Defendant upon the causes of action
hereinafter set forth.

12. Plaintiff is informed and believes and thereon alleges that at all times
mentioned herein Defendant, and DOES 1-10, inclusive, and each of
them, were the agents, servants, and employees of every other Defendant
and the acts of each Defendant, as alleged herein, were performed within
the course and scope of that agency, service or employment.

## FACTS

13. Plaintiff owns the exclusive rights to numerous patents, copyrighted and
trademarked properties.

14. Plaintiff owns and holds the exclusive rights, title, and interest to market
and sell merchandise bearing the STR Trademark (the "STR Trademark"
or "Trademark").  Plaintiff registered its trademark on April 18, 2014 with
the United States Patent and Trademark Office. The STR Trademark
registration number is 86256705.

15. Plaintiff is the owner of all right, title and interest in the following U.S. Design Patents: 1) Application No. 29,492,155 (the "'155 patent"); 2) Application No. 29,492,156 (the "'156 patent"); 3) Application No. 29,492,157 (the "'157 patent"); 4) Application No. 29,492,158 (the "'158 patent"); and 5) Application No. 29,492,159 (the "'159 patent"), (collectively, the "Design Patents").

16. As a result of Defendant's unlawful infringement of the Plaintiff's Design Patents, Plaintiff has suffered and will continue to suffer damages. Plaintiff is entitled to recover from Defendant the damages suffered as a result of Defendant's unlawful acts.

17. In or around May 2014, Plaintiff discovered that Defendant was manufacturing and selling automobile parts on the Internet that infringed on Plaintiff's Design Patents. Some of these parts also bore Plaintiff's STR Trademark.

18. Defendant uses the STR Trademark in connection with its aftermarket automobile parts that are in direct competition with Plaintiff's aftermarket automobile parts. Defendant has used Plaintiff's trademark in its advertising for such products and services, thereby competing unfairly with Plaintiff, infringing upon Plaintiff's trademark rights, and improperly trading on the goodwill established by Plaintiff.

19. In or around May 2014, Plaintiff published photographs to its website displaying its aftermarket automobile parts. Plaintiff owns the copyrights and ownership rights to these photographs.

20. Without Plaintiff's consent, Defendant sporadically, but consistently, used Plaintiff's copyrighted images to promote and sell the Infringing Products on Defendant's website.

21. Defendant's infringing activities have caused damages to Plaintiff by causing customer confusion as to the source of the STR Trademark. In addition, Defendant's use of the aforementioned Design Patent and STR Trademark has and continues to dilute Plaintiff's goodwill in its products and business that it has invested significant time and resources.

22. On information and belief, Defendant's infringement of one or more of the Plaintiff's Patents is willful and deliberate, therefore entitling Plaintiff to enhanced damages and reasonable attorney fees and costs.

23. On information and belief, Defendant intends to continue their unlawful infringing activity, and Plaintiff continues to and will continue to suffer irreparable harm—for which there is no adequate remedy at law—unless Defendant is enjoined by this Court.

## COUNT I- FEDERAL TRADEMARK INFRINGEMENT AND TRADEMARK COUNTERFEITING

24. Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 23, and brings the following claim for trademark infringement pursuant to 15 U.S.C. § 1114 against the Defendant.

25. Plaintiff owns or is licensee of the exclusive rights to the STR Trademark. The trademark registration is in full force and effect and is owned by the Plaintiff or Plaintiff's licensors.

26. Plaintiff, and/or those under its authority, manufactures, sells, and distributes all of its advertising and products in conformity with the provisions of the United States Trademark law.

27. Despite having actual and constructive notice of the Plaintiff and/or its licensors' federal registration rights, prior common law and statutory rights to the STR Trademark, Defendant has adopted and used the STR Trademark in conjunction with the sale of merchandise in the State of California and interstate commerce, including, by way of example and not limitation, the SP-4 wheel, attached as Exhibit J.

28. Defendant has distributed, sold, or offered for sale merchandise displaying Plaintiff's Trademark without Plaintiff's authorization. Defendant's distribution, sale, or offer for sale of merchandise bearing Plaintiff's Trademark in California and interstate commerce has and will cause the likelihood of confusion, deception, and mistake in that consumers will conclude that the products sold by the Defendant are authorized, sponsored, approved, or associated with the Plaintiff.

29. Defendant's use in commerce of Plaintiff's Trademark in conjunction with the sale of merchandise is an infringement of Plaintiff's registered STR Trademark in violation of 15 U.S.C. § 1114(1).

30. Defendant committed the acts alleged herein intentionally, fraudulently, maliciously, willfully, wantonly, and oppressively with the intent to injure the Plaintiff and its business.

31. The Plaintiff has suffered damages as a result of the Defendant's acts.

32. The Infringing Products bearing the Plaintiff's Trademark that the Defendant's manufactured, sold, distributed, or offered for sale constitutes a counterfeit product pursuant to 15 U.S.C. § 1116(d).

33. Pursuant to 15 U.S.C. § 1117, Plaintiff is entitled to recovery of (1) Defendant's profits; (2) Plaintiff's damages, including lost profits; and (3) costs of the action. Plaintiff is further entitled to trebled damages above the amount of actual damages in a sum of not more than three times the amount of actual damages. Defendant's intentional and deceitful actions make this a case in which the Plaintiff is entitled to an award of attorneys' fees.

34. By reason of the aforementioned acts by Defendant, Plaintiff has suffered and will continue to suffer irreparable damage, in an amount to be determined, and damages will continue unless and until enjoined by Order of this Court.

## COUNT II- FALSE DESIGNATION OF ORIGIN [15 U.S.C. § 1125(a)/Lanham Act §43(a)]

35. Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 34 and brings the following claim for false designation of origin pursuant to 15 U.S.C. § 1125(a) and the Lanham Act § 43(a) against the Defendant.

36. Defendant has used Plaintiff's registered STR Trademark in commerce in connection with its own goods, where use is likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, association or approval of such goods.

37. By utilizing the Plaintiff's Trademark in its advertising for, and in connection with its products, Defendant has misrepresented and falsely described to the general public the origin and the source of the products offered for sale.  Further, it creates a likelihood of confusion, mistake or deception to the ultimate purchaser as to the source of the products.

38. For example, Defendant markets, conducts business, and publicly represents that the STR Trademark is associated or connected to the Defendant's business thereby creating a false designation of origin of Plaintiff's brand of goods and services.

39. The confusion, mistake, or deception referred to herein arises out of the aforementioned acts of Defendant and the acts of the Defendant constitute false designation of origin and unfair competition in violation of 15 U.S.C. § 1125(a) and Section 43(a) of the Lanham Act.

40. Upon information and belief, the aforesaid acts of the Defendant were undertaken willfully with the intention of causing confusion, mistake or deception.  Plaintiff is entitled, pursuant to 15 U.S.C. § 1117, to recovery of: (1) Defendant's profits; (2) Plaintiff's damages, including lost profits; and (3) costs of the action. Plaintiff is further entitled to treble damages above the amount of actual damages in a sum not more than three times the amount of actual damages. Defendant's intentional and deceitful actions make this a case in which the Plaintiff is entitled to an award of attorneys' fees.

41. By reason of the aforementioned acts by Defendant, Plaintiff has suffered and will continue to suffer irreparable damage, in an amount to be

1  determined, which damage will continue unless and until enjoined by

2  Order of this Court.

3

4

5  **COUNT III- FEDERAL TRADEMARK DILUTION [15 U.S.C. §1125(c)]**

6  42. Plaintiff repeats and re-alleges, as if set forth herein, the allegations

7      contained in paragraphs 1 through 41 and brings the following claim for

8      trademark dilution pursuant to 15 U.S.C. § 1125(c) against the Defendant.

9  43. Plaintiff's registered Trademark is distinctive, well known and famous.

10 44. Defendant is diluting the distinctiveness of Plaintiff's Trademark by

11     marketing and selling inferior goods bearing marks virtually identical or

12     confusingly similar to Plaintiff's registered Trademark. Upon information

13     and belief, Defendant has engaged in the conduct alleged in these claims,

14     willfully intending to trade on Plaintiff's reputation and/or to cause

15     dilution of the reputable and distinctive Trademark owned by Plaintiff.

16 45. Defendant markets, conducts business, and publicly represents that the

17     Trademark is associated or connected to the Defendant's business thereby

18     creating a false designation of origin of Plaintiff's' brand of goods and

19     services. Thus, Defendant's acts violate 15 U.S.C. §1125(c).

20 46. As a direct and proximate result of Defendant's trademark dilution,

21     Plaintiff has and will continue to suffer damages to its business, reputation

22     and good will, and the loss of royalties and profits that Plaintiff would

23     have made but for Defendant's acts. Upon information and belief,

24     Defendant's acts of infringement have also resulted in substantial profits

25     for the Defendant. The amount of these damages will be proven at trial.

26

## COUNT IV-FEDERAL COPYRIGHT INFRINGEMENT

47. Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 46.

48. Plaintiffs were and are the exclusive holder of all rights, title and interest in their photographs, as separate and distinct works.

49. Defendant has infringed and is infringing the copyrighted photographs by unlawfully reproducing and using such photographs in violation of the United States Copyright Act, 17 U.S.C. 106.

50. Defendant's infringement was and is willful, in bad faith, and executed with full knowledge of Plaintiff's copyright, and in conscious disregard for Plaintiff's exclusive rights in the protected work.

51. Defendant's deliberate infringement of Plaintiff's copyrights has greatly and irreparably damaged Plaintiff.

52. Defendant's production of infringing products and copyrighted material, and Defendant's wrongful conduct, have deprived and continue to deprive the Plaintiff of their opportunity of expanding their goodwill.  Plaintiff is entitled to an injunction restraining Defendant, its officers, agents, and employees, and all persons acting in concert with it, from engaging in any further acts in violation of the copyright laws.

53. Plaintiff is further entitled to recover the damages, including attorneys' fees, they have sustained and will sustain, and any gains, profits, and advantages obtained by Defendant as a result of Defendant's acts of infringement alleged above.  At present, the amount of such damages, gains, profits, are in an amount to be determined.

## COUNT V- INFRINGEMENT OF THE '155 PATENT

54. Plaintiff repeats and re-alleges, as if set forth herein, the allegations contained in paragraphs 1 through 53.

55. Plaintiff is the owner of all right, title, and interest in the '155 patent, titled "STR513 Wheel Design" duly and properly issued by the U.S. Patent and Trademark Office on May 29, 2014.  A copy of the '155 patent is attached as Exhibit A.

56. Defendants have been and/or are directly infringing and/or inducing infringement of and/or contributory infringing the '155 patent by, among other things, making, using, offering to sell or selling in the United States, or importing into the United States, products that are covered by the design patent, including, by way of example and not limitation, the SPT-2 wheel, attached as Exhibit B.

57. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '155 patent has been and continues to be intentional, willful, and without regard to Plaintiff's rights. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '155 patent is and has been intentional, deliberate, and willful at least because it had knowledge of the '155 patent through direct or indirect communications with Plaintiff and/or as a result of its participation in the aftermarket automobile parts industry.

58. Plaintiff is informed and believes, and on that basis alleges, that Defendant has gained profits by virtue of its infringement of the '155 Patent.

59. Plaintiff has sustained damages as a direct and proximate result of Defendant's infringement of the '155 Patent.

## COUNT VI- INFRINGEMENT OF THE '156 PATENT

60. Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 59.

61. Plaintiff is the owner of all right, title, and interest in the '156 patent, titled "STR514 Wheel Design" duly and properly issued by the U.S. Patent and Trademark Office on May 29, 2014.  A copy of the '156 patent is attached as Exhibit C.

62. Defendants have been and/or are directly infringing and/or inducing infringement of and/or contributory infringing the '156 patent by, among other things, making, using, offering to sell or selling in the United States, or importing into the United States, products that are covered by the design patent, including, by way of example and not limitation, the SP-6 wheel, attached as Exhibit D.

63. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '156 patent has been and continues to be intentional, willful, and without regard to Plaintiff's rights. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '156 patent is and has been intentional, deliberate, and willful at least because it had knowledge of the '156 patent through direct or indirect communications with Plaintiff and/or as a result of its participation in the aftermarket automobile parts industry.

64. Plaintiff is informed and believes, and on that basis alleges, that Defendant has gained profits by virtue of its infringement of the '156 Patent.

65. Plaintiff has sustained damages as a direct and proximate result of Defendant's infringement of the '156 Patent.

## COUNT VII- INFRINGEMENT OF THE '157 PATENT

66. Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 65.

67. Plaintiff is the owner of all right, title, and interest in the '157 patent, titled "STR522 Wheel Design" duly and properly issued by the U.S. Patent and Trademark Office on May 29, 2014.  A copy of the '157 patent is attached as Exhibit E.

68. Defendants have been and/or are directly infringing and/or inducing infringement of and/or contributory infringing the '157 patent by, among other things, making, using, offering to sell or selling in the United States, or importing into the United States, products that are covered by the design patent, including, by way of example and not limitation, the SPT-8 wheel, attached as Exhibit F.

69. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '157 patent has been and continues to be intentional, willful, and without regard to Plaintiff's rights. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '157 patent is and has been intentional, deliberate, and willful at least because it had knowledge of the '157 patent through direct

or indirect communications with Plaintiff and/or as a result of its participation in the aftermarket automobile parts industry.

70. Plaintiff is informed and believes, and on that basis alleges, that Defendant has gained profits by virtue of its infringement of the '157 Patent.

71. Plaintiff has sustained damages as a direct and proximate result of Defendant's infringement of the '157 Patent.

## COUNT V- INFRINGEMENT OF THE '158 PATENT

72. Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 71.

73. Plaintiff is the owner of all right, title, and interest in the '158 patent, titled "STR617 Wheel Design" duly and properly issued by the U.S. Patent and Trademark Office on May 29, 2014.  A copy of the '158 patent is attached as Exhibit G.

74. Defendants have been and/or are directly infringing and/or inducing infringement of and/or contributory infringing the '158 patent by, among other things, making, using, offering to sell or selling in the United States, or importing into the United States, products that are covered by the design patent, including, by way of example and not limitation, the SP-8 wheel, attached as Exhibit H.

75. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '158 patent has been and continues to be intentional, willful, and without regard to Plaintiff's rights. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '158 patent is and has been intentional, deliberate, and

willful at least because it had knowledge of the '158 patent through direct or indirect communications with Plaintiff and/or as a result of its participation in the aftermarket automobile parts industry.

76. Plaintiff is informed and believes, and on that basis alleges, that Defendant has gained profits by virtue of its infringement of the '158 Patent.

77. Plaintiff has sustained damages as a direct and proximate result of Defendant's infringement of the '158 Patent.

## COUNT V- INFRINGEMENT OF THE '159 PATENT

78. Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 77.

79. Plaintiff is the owner of all right, title, and interest in the '159 patent, titled "STR618 Wheel Design" duly and properly issued by the U.S. Patent and Trademark Office on May 29, 2014.  A copy of the '159 patent is attached as Exhibit I.

80. Defendants have been and/or are directly infringing and/or inducing infringement of and/or contributory infringing the '159 patent by, among other things, making, using, offering to sell or selling in the United States, or importing into the United States, products that are covered by the design patent.

81. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '159 patent has been and continues to be intentional, willful, and without regard to Plaintiff's rights. Plaintiff is informed and believes, and on that basis alleges, that Defendant's infringement of the '159 patent is and has been intentional, deliberate, and

willful at least because it had knowledge of the '159 patent through direct or indirect communications with Plaintiff and/or as a result of its participation in the aftermarket automobile parts industry.

82. Plaintiff is informed and believes, and on that basis alleges, that Defendant has gained profits by virtue of its infringement of the '159 Patent.

83. Plaintiff has sustained damages as a direct and proximate result of Defendant's infringement of the '159 Patent.

## COUNT VI-FEDERAL UNFAIR COMPETITION [15 U.S.C. §1125(a)]

84. Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 83 and brings the following claim for unfair competition pursuant to 15 U.S.C. § 1125(a) against the Defendant.

85. As a direct result of the Plaintiff's longstanding use, sales, advertising, and marketing, Plaintiff's Trademark has acquired a secondary and distinctive meaning among the public who have come to identify Plaintiff's Trademark with the Plaintiff and its respective products.

86. Plaintiff is informed and believes that thereon alleges that as early as May of 2014, Defendant has infringed Plaintiff's Trademark rights by marketing and selling goods bearing marks virtually identical or confusingly similar to the recognized and distinctive registered Trademark, owned by Plaintiff.

87. The Infringing Products and related merchandise that the Defendant has sold and distributed duplicates and appropriates Plaintiff's Trademark and deludes and confuses the public into believing that the Plaintiff approved,

authorized, or sponsored the products and related merchandise sold, offered for sale, or distributed by the Defendant.

88. Defendant, by misappropriating and using the likenesses of Plaintiff's Trademark in connection with the sale of products and related merchandise, is misrepresenting and will continue to misrepresent and falsely describe to the general public the origin and sponsorship of their products. Defendant has caused such products to enter into interstate commerce willfully with full knowledge of the falsity of the designation of their origin and description and representation in an effort to mislead the purchasing public into believing that their products are authorized or emanate from the Plaintiff.

89. Defendant's actions, as alleged herein, were and are likely to deceive the consuming public and therefore constitute unfair and fraudulent business practices in violation of 15 U.S.C. §1125(a).

90. Defendant's unlawful, unfair, and fraudulent business practices described above present a continuing threat to members of the public in that they are likely to be deceived by the origin and quality of Plaintiff's products.

91. Upon information and belief, Defendant's acts of unfair competition have resulted in substantial profits for the Defendant in an amount to be determined. Defendant's acts of unfair competition have also resulted in damages to Plaintiff by causing a diversion of sales from Plaintiff to Defendant, lost royalties and other damages resulting from irreparable harm to Plaintiff's goodwill. The exact amount of Plaintiff's damages is to be determined.

92. Plaintiff has also incurred costs and attorneys' fees to bring this action.

93. Defendant's conduct has caused and will continue to cause irreparable injury to Plaintiff unless permanently enjoined.

**COUNT VII- CALIFORNIA COMMON LAW UNFAIR COMPETITION**

94. Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 93 and brings the following claim for unfair competition pursuant to California's common law against the Defendant.

95. The Court has jurisdiction over this Cause pursuant to 28 U.S.C. § 1367.

96. By Defendant's acts alleged herein, the Defendant has engaged in unfair competition under the common law of the State of California.

97. Defendant has distributed and sold Infringing Products displaying the Trademark of the Plaintiff in California, thereby creating a false designation of origin of Plaintiff's brand of goods and unfairly competing with Plaintiff's business.

98. Upon information and belief, Defendant has knowingly and willfully misappropriated Plaintiff's Trademark in an effort to create the impression that the Defendant's counterfeit products are sanctioned by the Plaintiff and to misappropriate the goodwill associated with Plaintiff's Trademark, entitling Plaintiff to an award of exemplary damages and attorneys' fees.

99. The aforesaid acts of the Defendant have caused damage to Plaintiff, in an amount to be determined.

100. By reason of the acts of the Defendants alleged herein, Plaintiff has suffered, is suffering and will continue to suffer irreparable damage, which damage will continue unless enjoined by Order of this Court.

## COUNT VI- UNFAIR COMPETITION UNDER CALIFORNIA
## BUSINESS & PROFESSIONS CODE §17200, *et seq.*

101.    Plaintiff repeats and re-alleges, as set forth herein, the allegations contained in paragraphs 1 through 100 and brings the following claim for unfair competition pursuant to California Business and Professions Code §17200.

102.    The Court has jurisdiction over this Cause pursuant to 26 U.S.C. § 1367.

103.    By acts complained of herein, Defendant has engaged in unfair competition under Section 17200 of the Business and Professions Code of the State of California.

104.    Defendant's use of the infringing mark complained of herein constitutes deceptive and misleading advertising and is likely to, and is intended to, cause confusion to the purchasers and potential purchasers of the products.

105.    Defendant markets, conducts business, and publicly represents that the Plaintiff's registered Trademark is associated or connected to the Defendant's business and thus creates a false designation of origin of Plaintiff's brand of goods and services.

106.    Upon information and belief, the aforesaid acts of Defendant was undertaken willfully and with the intention of causing confusion, mistake and deception, entitling the Plaintiff to an award of exemplary damages and attorneys' fees.

107.    The aforesaid acts of Defendant have caused damage to Plaintiff in an amount to be determined.

108.    By reason of the acts of the Defendant alleged herein, Plaintiff has
suffered injury in fact and has lost money or property as a result of
Defendant's acts of unfair business practices alleged herein, is suffering
and will continue to suffer irreparable damage, which irreparable damage
will continue unless enjoined by Order of this Court.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands entry of a judgment against the Defendant as
follows:

1. The Defendant, its officers, agents, servants, employees, attorneys, and
   all those in active concert or participation with them be enjoined and
   restrained:

   a.  From further using Plaintiff's registered Trademark or any other
       confusingly similar mark, in connection with the manufacture,
       sale, advertisement or promotion of any product or any other
       similar infringement of Plaintiff's Trademark rights, for products
       not originating from Plaintiff or authorized by Plaintiff;

   b.  From diluting any of Plaintiff's Trademark or any other
       confusingly similar mark;

   c.  From further using Plaintiff's Design Patents or any other
       confusingly similar design, in connection with the manufacture,
       sale, advertisement or promotion of any product or any other
       similar infringement of Plaintiff's Design Patent rights, for
       products not originating from Plaintiff or authorized by Plaintiff;
       and

d.  From engaging in unfair competition by making and selling its products or otherwise using confusingly similar marks and designs, in such a way as to misrepresent the origin of any of the Defendant's products;

2.  For an order requiring Defendant to deliver and be impounded during the pendency of this action all material in Defendant's possession, custody or control that include or incorporate products that infringe Plaintiff's Trademark rights, or Design Patent rights, including but not limited to, any containers, packages, labels and advertisements in their possession or under their control bearing any of Plaintiff's Trademark or utilizing Plaintiff's Design Patents, or any simulation, reproduction, counterfeit, copy, or colorable imitation thereof;

3.  Directing that the Defendant report to this Court within thirty (30) days after a Permanent Injunction is entered to show its compliance with paragraphs 1 and 2 above;

4.  For compensatory damages in an amount to be proven at trial;

5.  For all gains, profits and advantages derived by Defendant by its infringement of Plaintiff's trademark rights and Design Patent rights;

6.  For punitive damages in an amount sufficient to punish Defendant for its wrongful conduct and to deter others from engaging in similar conduct in the future;

7.  For statutory damages as provided by law;

8.  For permanent injunction against Defendant, preventing Defendant from any future usage of any identical or similarly confusing marks related to Plaintiff's registered Trademark or Design Patents;

9.  Directing such other relief as the Court may deem appropriate to prevent the trade and public, or individual members thereof, from gaining the erroneous impression that the Plaintiff authorized or approved any products manufactured, sold, or otherwise circulated or promoted by the Defendant or that such products are in any way related to the Plaintiff;

10. For a judgment declaring that this case is exceptional and awarding to the Plaintiff from the Defendant, as a result of the Defendant's sale of Infringing Products bearing the Plaintiff's Trademark or using Plaintiff's Design Patents, three times the Plaintiff's damages and three times the Defendant's profits, after an accounting, or statutory damages, should the Plaintiff opt for such relief, consisting of Five Hundred Thousand Dollars ($500,000.00) for each of the Plaintiff's Trademarks infringed upon by the Defendant, and to the extent this Court concludes such infringement was willful, Five Million Dollars ($5,000,000.00) for the Plaintiff's Trademark infringed upon by the Defendant pursuant to 15 U.S.C. § 1114 and § 1117;

11. Awarding to the Plaintiff its reasonable attorneys' fees and investigative fees pursuant to 15 U.S.C. § 1117;

12. Awarding to the Plaintiff its costs in bringing this action; and

13. Awarding other such relief to the Plaintiff as this Court deems just.

1  DATE:  June 23, 2014

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BY:

Songfong/Tommy Wang
Yang & Wang P.C.

Attorney for Plaintiff
JAT Wheels, Inc.

# EXHIBIT A

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19153968 |
| **Application Number:** | 29492155 |
| **International Application Number:** | |
| **Confirmation Number:** | 2886 |
| **Title of Invention:** | STR513 Wheel Design |
| **First Named Inventor/Applicant Name:** | Tom  Luo |
| **Customer Number:** | 101028 |
| **Filer:** | Elizabeth Yang |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 29-MAY-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 03:07:56 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $380 |
| RAM confirmation Number | 12608 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Application Data Sheet | WebADS.pdf | 99997<br>---<br>1d3057dd4df71842d9595419e18aa281eebc0af6 | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Drawings-only black and white line drawings | STR513_v1.pdf | 101925<br>---<br>bfcac86549757cb253e733e6b83c565ab47ce446 | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 32064<br>---<br>1fb8019d925a6cd6d59ffa495e66ccc0a481c142 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 233986 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

__New Applications Under 35 U.S.C. 111__
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

__National Stage of an International Application under 35 U.S.C. 371__
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

__New International Application Filed with the USPTO as a Receiving Office__
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



FIG. 1

2/4



FIG. 2



FIG. 3

3/4



FIG. 4



FIG. 5

4/4



FIG. 6



FIG. 7

# EXHIBIT B

TAMPA: (813) 673 8393   |   MIAMI: (305) 704 7623

(HTTP://YOUTUBE.COMC/SPEC1WHEELS)

(HTTPS://TWITTER.COM/SPEC1WHEELS)



(HTTPS://WWW.FACEBOOK.COM/SPEC1WHEELS)



(http://spec1wheels.com/wp-content/uploads/2014/04/spec-1_spt-2_15x8-1403-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.jpg)

# SPT-2

Spec-1 Racing Wheels has revolutionized the wheel industry with futuristic designs. Precision cut **Spec-1 Racing SPT-2 Wheels.**

## Available in Sizes:

15×8

## Finishes:

Gloss Black Machined

| Size | Bolt 1 | Bolt 2 | Offset | Bore | Color |
|------|--------|--------|--------|------|-------|
| 15X8 | 4X100 | 4X114.3 | 20 | 73.1 | GLOSS BLA |

    

 

(http://www.flickr.com/photos/spec1wheels/13900773685/)

(http://www.flickr.com/photos/123459618@N03/) View stream on flickr



Like 0    Tweet 0    g+1

EXHIBIT C

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19153988 |
| **Application Number:** | 29492156 |
| **International Application Number:** | |
| **Confirmation Number:** | 2099 |
| **Title of Invention:** | STR514 Wheel Design |
| **First Named Inventor/Applicant Name:** | Tom  Luo |
| **Customer Number:** | 101028 |
| **Filer:** | Elizabeth Yang |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 29-MAY-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 03:35:24 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 380 |
| RAM confirmation Number | 12642 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Application Data Sheet | WebADS.pdf | 96124 | no | 5 |
| | | | 08a853a3deb99279c42046f01ecab7a1c63 04fcd | | |

**Warnings:**

**Information:**

| 2 | Drawings-only black and white line drawings | STR514_v1.pdf | 105870 | no | 4 |
| | | | 8b25767101bff978f0d240926024d4bd01cf b6f7 | | |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 32127 | no | 2 |
| | | | 2ac872571722b0b5693775836ab433cfd8e 65b4f | | |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 234121 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

1/4



FIG. 1

2/4



FIG. 2



FIG. 3

3/4



FIG. 4



FIG. 5

4/4



FIG. 6



FIG. 7

# EXHIBIT D

TAMPA: (813) 673 8393  |  MIAMI: (305) 704 7623

(HTTP://YOUTUBE.COMC/SPEC1WHEELS)

(HTTPS://TWITTER.COM/SPEC1WHEELS)



(HTTPS://WWW.FACEBOOK.COM/SPEC1WHEELS)



(http://spec1wheels.com/wp-content/uploads/2014/04/spec-1_sp-6s_18x9-1403-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.jpg)

# SP-6

Spec-1 Racing Wheels has revolutionized the wheel industry with futuristic designs. Precision cut **Spec- 1 Racing SP-6 Wheels.**

## Available in Sizes:

18×8, 18×9

## Finishes:

Gloss Black Machined

| Size | Bolt 1 | Offset | Bore | Color |
|------|--------|--------|------|-------|
| 18X8 | BLANK | 35 | 73.1 | GLOSS BLACK MACHII |
| 18X8 | 5X114.3 | 35 | 73.1 | GLOSS BLACK MACHII |
| 18X9 | BLANK | 40 | 73.1 | GLOSS BLACK MACHII |
| 18X8 | BLANK | 22 | 73.1 | GLOSS BLACK MACHII |
| 18X9 | BLANK | 25 | 73.1 | GLOSS BLACK MACHII |





(http://www.flickr.com/photos/spec1wheels/13900773685/)

View stream on flickr (http://www.flickr.com/photos/12459618@N03/)

Like 0   Tweet 0   g+1

# EXHIBIT E

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19154004 |
| **Application Number:** | 29492157 |
| **International Application Number:** | |
| **Confirmation Number:** | 8784 |
| **Title of Invention:** | STR522 Wheel Design |
| **First Named Inventor/Applicant Name:** | Tom  Luo |
| **Customer Number:** | 101028 |
| **Filer:** | Elizabeth Yang |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 29-MAY-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 03:56:29 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 380 |
| RAM confirmation Number | 12650 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Application Data Sheet | WebADS.pdf | 96125<br><br>34b9fc5eb62c3a2e4b3405602c5bfdb3d3e2be16 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Drawings-only black and white line drawings | STR522_v1.pdf | 100384<br><br>afe10f54305ef04f54b7ba4dc7ce27c80fe8d548 | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 32064<br><br>ff00f6727a8eebf74937a833506eca3d981b3565 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 228573 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



FIG. 1

2/4



FIG. 2



FIG. 3

3/4



FIG. 4



FIG. 5

4/4



FIG. 6



FIG. 7

# EXHIBIT F

TAMPA: (813) 673 8393   |   MIAMI: (305) 704 7623

(HTTP://YOUTUBE.COMC/SPEC1WHEELS)

(HTTPS://TWITTER.COM/SPEC1WHEELS)

(HTTPS://WWW.FACEBOOK.COM/SPEC1WHEELS)



# SPT-8

Spec-1 Racing Wheels has revolutionized the wheel industry with futuristic designs. Precision cut **Spec-1 Racing SPT-8 Wheels.**

## Available in Sizes:

15×8

## Finishes:

Gloss Black Machined

| Size | Bolt 1 | Bolt 2 | Offset | Bore | Color |
|------|--------|--------|--------|------|-------|
| 15X8 | 4X100 | 4X114.3 | 20 | 73.1 | GLOSS BLA |



(http:/spec1wheels.com/wp-content/uploads/spt-8-website-v2.jpg)

   



(http://www.flickr.com/photos/spec1wheels/13900773685/)

View stream on flickr (http://www.flickr.com/photos/123459618@N03/)



Like 0    Tweet 0    g+1

# GET IN TOUCH

# EXHIBIT G

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19154009 |
| **Application Number:** | 29492158 |
| **International Application Number:** | |
| **Confirmation Number:** | 1577 |
| **Title of Invention:** | STR617 Wheel Design |
| **First Named Inventor/Applicant Name:** | Tom  Luo |
| **Customer Number:** | 101028 |
| **Filer:** | Elizabeth Yang |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 29-MAY-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 04:01:15 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 380 |
| RAM confirmation Number | 12658 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Application Data Sheet | WebADS.pdf | 96124<br><br>4fc7e6261a5bd0010b191523b2241b30a4886c03 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Drawings-only black and white line drawings | STR617_v1.pdf | 101923<br><br>57fe6c8f46acfad6b4b44695b2b436592b9c e48a | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 32011<br><br>41ad279f59940a41e576a21a5db28846c19 46de0 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 230058 |
|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

1/4



FIG. 1

2/4



FIG. 2



FIG. 3

3/4



FIG. 4



FIG. 5

4/4



FIG. 6



FIG. 7

# EXHIBIT H

TAMPA: (813) 673 8393  |  MIAMI: (305) 704 7623

(HTTP://YOUTUBE.COMC/SPEC1WHEELS)
(HTTPS://TWITTER.COM/SPEC1WHEELS)

(HTTPS://WWW.FACEBOOK.COM/SPEC1WHEELS)





(http://spec1wheels.com/wp-content/uploads/2014/04/spec-1_sp-8y_20x9-1403-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.jpg)

# SP-8

Spec-1 Racing Wheels has revolutionized the wheel industry with futuristic designs. Precision cut **Spec- 1 Racing SP-8 Wheels.**

## Available in Sizes:

18×8.5, 18×9.5, 19×8.5, 19×9.5, 20×9, 20×10.5

## Finishes:

Gloss Black Machined

| Size | Bolt 1 | Offset | Bore | Color |
|------|--------|--------|------|-------|
| 18X8.5 | BLANK | 32 | 73.1 | GLOSS BLACK MACHINED |
| 18X8.5 | 5X114.3 | 35 | 73.1 | GLOSS BLACK MACHINED |
| 18X9.5 | BLANK | 38 | 73.1 | GLOSS BLACK MACHINED |
| 20X9 | 5X114.3 | 35 | 73.1 | GLOSS BLACK MACHINED |
| 20X9 | BLANK | 20 | 73.1 | GLOSS BLACK MACHINED |
| 20X10.5 | 5X114.3 | 40 | 73.1 | GLOSS BLACK MACHINED |
| 20X10.5 | BLANK | 25 | 73.1 | GLOSS BLACK MACHINED |
| 20X9 | BLANK | 32 | 73.1 | GLOSS BLACK MACHINED |
| 19X9.5 | BLANK | 38 | 73.1 | GLOSS BLACK MACHINED |
| 19X8.5 | BLANK | 32 | 73.1 | GLOSS BLACK MACHINED |
| 20X10.5 | BLANK | 38 | 73.1 | GLOSS BLACK MACHINED |

  

Like   0     Tweet   0     g+1     1

    



(http://www.flickr.com/photos/spec1wheels/13900773685/)

View stream on flickr (http://www.flickr.com/photos/123459616@N03)

# GET IN TOUCH



☎ Tampa: (813) 673 8393

☎ Miami: (305) 704-7623

✉ spec1wheels@gmail.com (mailto:spec1wheels@gmail.com)

⏰ Mon - Fri 9:00am - 6:00 pm

(f) (twitter) (youtube) (https://www.facebook.com/spec1wheels) (https://twitter.com/spec1wheels) (http://youtube.comc/spec1wheels)

# NAVIGATE

CAR BUILDER (http://spec1wheels.com/car-builder/)

WHEELS (http://spec1wheels.com/wheels/)

DOWNLOAD (http://spec1wheels.com/download-vault/)

NEWS (http://spec1wheels.com/news/)

REQUEST A QUOTE (http://spec1wheels.com/request-quote/)

CONTACT (http://spec1wheels.com/contact/)

# NEWS

 (http://spec1wheels.com/volkswagen-gti-18-spec-1-racing-sp-8-concave-wheels/)

**Volkswagen GTI on 18" Spec-1 Racing SP-8 Concave Wheels (http://spec1wheels.com/volkswagen-gti-18-spec-1-racing-sp-8-concave-wheels/)**
Posted April 17, 2014
By Spec1Wheels (http://spec1wheels.com/author/admin/)

 (http://spec1wheels.com/spec-1-racing-website-updated/)

**Spec-1 Racing Website Updated! (http://spec1wheels.com/spec-1-racing-website-updated/)**
Posted April 17, 2014
By Spec1Wheels (http://spec1wheels.com/author/admin/)

# INFORMATION

Spec 1 Warranty (http://spec1wheels.com/wp-content/uploads/2014/01/Spec1-warranty.docx)

# NEWSLETTER

your email        SUBMIT

Copyright © 2014 Spec-1 Racing Wheels. All Rights Reserved.

# EXHIBIT I

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19154013 |
| **Application Number:** | 29492159 |
| **International Application Number:** | |
| **Confirmation Number:** | 5156 |
| **Title of Invention:** | STR618 Wheel Design |
| **First Named Inventor/Applicant Name:** | Tom  Luo |
| **Customer Number:** | 101028 |
| **Filer:** | Elizabeth Yang |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 29-MAY-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 04:05:49 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 380 |
| RAM confirmation Number | 12664 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Application Data Sheet | WebADS.pdf | 96126<br><br>88305c64b7812fe2d18495e4dc1324d6544033e0 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Drawings-only black and white line drawings | STR618_v1.pdf | 97695<br><br>d427a6b311159e6305845eeb26175e4593193d84 | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 32113<br><br>fe8e25f603a0bfb6281e5f531f7d1abd2c02a6a9 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 225934 |
|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

1/4



FIG. 1

2/4



FIG. 2



FIG. 3

3/4



FIG. 4



FIG. 5

4/4



FIG. 6



FIG. 7

EXHIBIT J

TAMPA: (813) 673 8393  |  MIAMI: (305) 704 7623

(HTTP://YOUTUBE.COMC/SPEC1WHEELS)
(HTTPS://TWITTER.COM/SPEC1WHEELS)

(HTTPS://WWW.FACEBOOK.COM/SPEC1WHEELS)





(http://spec1wheels.com/wp-content/uploads/2014/04/spec-1_sp-4s_18x9-1403-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.jpg)

# SP-4

Spec-1 Racing Wheels has revolutionized the wheel industry with futuristic designs. Precision cut **Spec- 1 Racing SP-4 Wheels.**

## Available in Sizes:

17×7.5, 18×8, 18×9

## Finishes:

Gloss Black Machined, Gold Metal Lip

| Size | Bolt 1 | Bolt 2 | Offset | Bore | Color |
|------|--------|--------|--------|------|-------|
| 17X7.5 | 5X114.3 | | 38 | 73.1 | GLOSS BLACK MACHIN |
| 17X7.5 | 4X100 | | 38 | 73.1 | GLOSS BLACK MACHIN |
| 17X7.5 | 4X114.3 | | 38 | 73.1 | GLOSS BLACK MACHIN |
| 17X7.5 | BLANK | | 38 | 73.1 | GLOSS BLACK MACHIN |
| 18X8 | BLANK | | 35 | 73.1 | GLOSS BLACK MACHIN |
| 18X8 | 5X114.3 | | 35 | 73.1 | GLOSS BLACK MACHIN |
| 18X9 | BLANK | | 40 | 73.1 | GLOSS BLACK MACHIN |

Like 0    Tweet 0    g+1






(http://www.fl(http://www(http://www(http://www(http://www(http://www.fl



(http://www.flickr.com/photos/spec1wheels/13900773685/)

view stream on flickr (http://www.flickr.com/photos/123459616@N03/)