# EXHIBIT A


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Nov 26 03:20:49 EST 2014

Please logout when you are done to release system resources allocated for you.

List At: ___ OR Jump to record: ___ **Record 5 out of 138**

( Use the "Back" button of the Internet Browser to return to TESS)

# STR Racing

| | |
|---|---|
| **Word Mark** | **STR** RACING |
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: Vehicle wheels; Wheel rims. FIRST USE: 20120101. FIRST USE IN COMMERCE: 20120101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86256705 |
| **Filing Date** | April 18, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Date Amended to Current Register** | September 26, 2014 |
| **Owner** | (APPLICANT) JAT Wheels, Inc. CORPORATION CALIFORNIA 11323 Shoemaker Ave. Santa Fe Springs CALIFORNIA 90670 |
| **Attorney of Record** | Tommy SF Wang |
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | LIVE |

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Nov 26 03:20:49 EST 2014

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____  **Record 24 out of 138**

[TSDR] [ASSIGN Status] [TTAB Status]  **( Use the "Back" button of the Internet Browser to return to TESS)**

# STR

| | |
|---|---|
| **Word Mark** | STR |
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: Alloy vehicle wheels. FIRST USE: 20120101. FIRST USE IN COMMERCE: 20120101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85755088 |
| **Filing Date** | October 16, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Luo, Alicia INDIVIDUAL UNITED STATES 9754 Alburtis Avenue Santa Fe Springs CALIFORNIA 90670 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT B

TAMPA: (813) 673 8393   |   MIAMI: (305) 704 7623

(HTTP://YOUTUBE.COMC/SPEC1WHEELS)
(HTTPS://TWITTER.COM/SPEC1WHEELS)
(HTTPS://WWW.FACEBOOK.COM/SPEC1WHEELS)



(http://spec1wheels.com/wp-content/uploads/2014/04/spec-1_sp-4s_18x9-1403-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.jpg)

# SP-4

Spec-1 Racing Wheels has revolutionized the wheel industry with futuristic designs. Precision cut **Spec- 1 Racing SP-4 Wheels.**

## Available in Sizes:

17×7.5, 18×8, 18×9

## Finishes:

Gloss Black Machined, Gold Metal Lip

| Size  | Bolt 1  | Bolt 2  | Offset | Bore | Color |
|-------|---------|---------|--------|------|-------|
| 17X7.5 | 5X114.3 |         | 38     | 73.1 | GLOSS BLACK MACHIN |
| 17X7.5 | 4X100   |         | 38     | 73.1 | GLOSS BLACK MACHIN |
| 17X7.5 | 4X114.3 |         | 38     | 73.1 | GLOSS BLACK MACHIN |
| 17X7.5 | BLANK   |         | 38     | 73.1 | GLOSS BLACK MACHIN |
| 18X8  | BLANK   |         | 35     | 73.1 | GLOSS BLACK MACHIN |
| 18X8  | 5X114.3 |         | 35     | 73.1 | GLOSS BLACK MACHIN |
| 18X9  | BLANK   |         | 40     | 73.1 | GLOSS BLACK MACHIN |

Like 0   Tweet 0   



(http://www.flickr.com/photos/spec1wheels/13900773685/)

View stream on flickr (http://www.flickr.com/photos/123459618@N03)