Yang & Wang, P.C.
Tommy SF Wang SBN: 272409
Andrew J. Wei SBN: 293787
355 S. Grand Ave., Ste. #2450
Los Angeles, CA 90071
Telephone: (888) 827-8880
Fax: (888) 827-8880
Email: twang@yangwanglaw.com; awei@yangwanglaw.com

Attorneys for Plaintiff
JAT WHEELS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAT WHEELS, INC., a California corporation,<br>　　　　Plaintiff,<br>　vs.<br>SPEC-1 RACING WHEELS INC, a Florida Corporation; and DOES 1-10, collectively,<br>　　　　Defendant. | Case No.: CV 14-4897-DMG (MANx)<br><br>**PLAINTIFF'S REPSONSE TO ORDER TO SHOW CAUSE** |

JAT Wheels, Inc. ("Plaintiff") hereby file their response to this Court's November 17, 2014 Order to Show Cause [ECF No. 12] "why this action should not be dismissed for lack of prosecution" and respectfully state as follows:

1. On June 24, 2014, Plaintiff filed a complaint and summons in the above captioned action, alleging 1) Federal Trademark Infringement and Counterfeiting; 2) False Designation of Origin; 3) Federal Trademark Dilution; 4) Federal Copyright Infringement; 5) Patent Infringement; 6) Federal Unfair Competition; 7) California Common Law Unfair Competition; 8) California Unfair Competition.

2. On the same day, Plaintiff filed another action, JAT Wheels, Inc. v. JNC Wheel Collection, CV-14-4898, against a separate defendant alleging the same claims as the complaint in this present action.

3. Since June 24, 2014, Plaintiff has been in settlement negotiations with the defendant in this case, Spec-1 Racing Wheels, Inc. and the defendant in CV-14-4898 JNC Wheel Collection.

4. On July 11, 2014, Plaintiff was served with a Rule 11 motion by JNC Wheel Collection, in the case, JAT Wheels, Inc. v. JNC Wheel Collection, CV-14-4898. On October 7, 2014, this motion was granted in part, on the basis that Plaintiff did not have registered patents or trademarks sufficient to allege patent and trademark infringement. A copy of the minute order is attached as Exhibit A.

5. As a result, Plaintiff amended its complaint against JNC Wheel Collection to remove the claims for design patent and federal trademark infringement.

6. Similarly, in the present case, Plaintiff had been awaiting the issuance of their design patents and trademark registrations, which to date, have not issued. Plaintiff intended to amend its complaint to include such registrations. As a result, Plaintiff has filed an amended complaint in this action, [ECF No. 13], removing all claims related to patent infringement, copyright infringement and federal trademark infringement.

7. Plaintiff failure to timely serve the complaint and summons was not the result of delay or failure to prosecute by the Plaintiffs, but rather a good faith attempt to cure the defects in their initial complaint and state a claim

1  upon which relief could be granted.  Therefore, this Court should not
2  dismiss Plaintiff's case.

DATED: November 26, 2014              **YANG & WANG, P.C.**
                              BY:
                                  /s/ Tommy SF Wang
                                  _____
                                  Tommy SF Wang
                                  Yang & Wang P.C.

                                  Attorneys for Plaintiff
                                  JAT WHEELS, INC.