Tommy SF Wang (SBN: 272409)
Leontyne Fan (SBN: 285042)
Yang & Wang, P.C.
355 S. Grand Ave., Ste. 2450
Los Angeles, CA 90071

Attorney for Plaintiff,
JAT Wheels, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAT WHEELS, INC. d/b/a STR RACING<br><br>Plaintiff,<br><br>v.<br><br>SPEC-1 RACING WHEELS INC, a Florida Corporation; and DOES 1-10, collectively,<br><br>Defendants. | Case No. 14-cv-4897-DMG-MAN<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Honorable Dolly M. Gee |

Having reached a settlement agreement for this action, Plaintiff JAT WHEELS, INC. d/b/a STR RACING and Defendant SPEC-1 RACING WHEELS, INC., a Florida Corporation, (collectively, "the Parties") hereby stipulate through their respective counsel that all claims in the present action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

The Parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the settlement agreement, dated March 26, 2015, between the Parties.

\\
\\
\\
\\

| | | |
|---|---|---|
| 1 | DATED: March 27, 2015 | Law Offices of Douglas A. Frymer |
| 2 | | |
| 3 | | |
| 4 | | /S/ *Douglas A. Frymer* |
| | | Douglas A. Frymer |
| 5 | | Attorneys for Defendant |
| | | SPEC-1 RACING WHEELS, INC. |
| 6 | | |
| 7 | DATED: March 26, 2015 | YANG & WANG P.C. |
| 8 | | |
| 9 | | |
| | | /s/Tommy SF Wang |
| 10 | | Tommy SF Wang |
| | | Attorneys for Plaintiff |
| 11 | | JAT WHEELS, INC. |
| | | d/b/a STR RACING |
| 12 | | |

STIPULATION FOR DISMISSAL